1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TAYLOR A. BEESON,                            No.  2:23-cv-1621 CKD P

12                   Plaintiff,

13          v.                                     ORDER

14   WARDEN, F.C.I. HERLONG,

15                   Defendant.

16

17          On September 1, 2023, plaintiff filed a document describing certain conditions of

18   confinement at F.C.I. Herlong and asking that the court "help."  Because plaintiff fails to indicate

19   what form the "help" should take, and because plaintiff is no longer housed at F.C.I. Herlong, his

20   request (ECF No. 9) is denied.

21   Dated:  April 29, 2024

22                                                 _____
                                                   CAROLYN K. DELANEY
23                                                 UNITED STATES MAGISTRATE JUDGE

24

25

26   1/bees1621.req

27

28