UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR A. BEESON,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>WARDEN, F.C.I. HERLONG,<br><br>　　　　　　Defendant. | No. 2:23-cv-1621 CKD P<br><br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

　　　　Plaintiff is a federal prisoner proceeding pro se with a civil action against employees of the Federal Bureau of Prisons. On May 20, 2024, the court screened plaintiff's amended complaint as the court is required to do under 28 U.S.C. § 1915A(a). The court found that plaintiff could proceed on a claim for use of excessive force in violation of the Eighth Amendment, and a claim for retaliation for protected conduct arising under the First Amendment against defendant Lt. Birtwell. The court gave plaintiff two options: proceed immediately on the claims identified above or file a second amended complaint in an attempt to cure the deficiencies with respect to the other defendants identified in his amended complaint. Plaintiff was also informed that failure to make an explicit choice would be construed as consent to dismiss the deficient claims and proceed only on the cognizable claims identified above. Plaintiff has not made an explicit choice and time has expired for doing so.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court assign a district court judge to this case.

2. Service of process is appropriate for **Lt. Birtwell, F.C.I Herlong**.

3. The Clerk of the Court shall send plaintiff a USM-285 form, summons, an instruction sheet and a copy of the amended complaint filed October 2, 2023.

4. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form; and

   d. Two copies of the amended complaint.

5. Plaintiff need not attempt service on defendant Birtwell and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

IT IS HEREBY RECOMMENDED that all claims other than a claim for use of excessive force in violation of the Eighth Amendment and a claim for retaliation for protected conduct arising under the First Amendment against defendant Lt. Birtwell be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified

/////

/////

/////

/////

/////

2

time waives the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  July 18, 2024

_/s/ Carolyn K. Delaney_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
bees1621.1

3

1
2
3
4
5
6
7
8
9

10             UNITED STATES DISTRICT COURT
11           FOR THE EASTERN DISTRICT OF CALIFORNIA

13   TAYLOR A. BEESON,                    No. 2:23-cv-1621 CKD P
14           Plaintiff,
15     v.                                  NOTICE OF SUBMISSION
16   WARDEN, F.C.I. Herlong, et al.,       OF DOCUMENTS
17           Defendants.

19   Plaintiff submits the following documents in compliance with the court's order filed
20   _____:
21   ____      completed summons form
22   ____      completed USM-285 forms
23   ____      copies of the _____
                              Amended Complaint
25   DATED:

27                                        _____
                                                Plaintiff

4