UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR A. BEESON, | No. 2:23-cv-1621 DJC CKD P |
| Plaintiff, | |
| v. | ORDER |
| WARDEN, F.C.I. HERLONG, et al., | |
| Defendants. | |

On July 19, 2024, the court issued an order and findings and recommendations. Plaintiff's copy of the order and findings and recommendations was returned by the U.S. Postal Service. However, as the court has recently confirmed plaintiff's address, IT IS HEREBY ORDERED that:

1. The court's August 30, 2024, findings and recommendations are vacated.
2. The Clerk of the Court shall re-serve the July 19, 2024, order and findings and recommendations upon plaintiff along with a USM-285 form, summons, an instruction sheet, and a copy of the amended complaint filed October 2, 2023.
3. Plaintiff has 14 days from service of this order to file objections to the July 19, 2024, findings and recommendations.

/////

/////

4. Plaintiff has 30 days to return to the court the documents necessary for service of process upon defendant Birtwell identified in the July 19, 2024, order. Failure to return these documents will result in a recommendation that this action be dismissed.

Dated: September 5, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

bees1621.mt

2