UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR A. BEESON,<br><br>       Plaintiff,<br><br>    v.<br><br>WARDEN, F.C.I. HERLONG, et al.,<br><br>       Defendants. | No.  2:23-cv-1621 DJC CKD P<br><br><br><br>ORDER |

On September 3, 2024, plaintiff filed what the court construes as a motion for reconsideration of the magistrate judge's May 20, 2024 screening order.  (ECF No. 18.)  Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen (14) days . . . from the date of service of the ruling on the parties."  Since Plaintiff's motion is not timely, IT IS HEREBY ORDERED that plaintiff's September 3, 2024 motion for reconsideration is denied.

IT IS SO ORDERED.

Dated:  **September 29, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE