UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR A. BEESON,<br><br>        Plaintiff,<br><br>   v.<br><br>WARDEN, FCI HERLONG, et al.,<br><br>        Defendants. | No.  23-cv-1621 DJC CKD P<br><br><br>ORDER |

Plaintiff has filed the document titled "RIVISED (*sic*)CLAIMS(S); NOTICE OF INVESTIGATION(S); WRIT OF SEARCH WARRANT; WRIT OF ARREST WARRANT." (ECF No. 23.) The court has reviewed the entire document and will strike it as frivolous as there is no relevant information contained therein.

Dated:  October 22, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
bees1621.stk