UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR A. BEESON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN, F.C.I. HERLONG,<br><br>　　　　　Defendant. | No.  2:23-cv-1621 DJC CKD P<br><br><br>ORDER |

On July 19, 2024, the court ordered plaintiff to complete and return documents necessary for service of process on defendant Birtwell.  On October 16, 2024, the court recommended that this action be dismissed for plaintiff's failure to do so.  A document submitted by plaintiff on December 9, 2024, suggests that providing plaintiff a second opportunity to provide the required documents is appropriate.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall send plaintiff a USM-285 form, summons, an instruction sheet and a copy of the amended complaint filed October 2, 2023.

/////

/////

/////

/////

1

2. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form; and

    d. Two copies of the amended complaint.

3. Plaintiff need not attempt service on defendant Birtwell and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

4. The court's October 16, 2024, findings and recommendations are vacated.

5. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: December 11, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1  
bees1621.1(a)

2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR A. BEESON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN, F.C.I. Herlong, et al.,<br><br>　　　　　Defendants. | No. 2:23-cv-1621 DJC CKD P<br><br><br>NOTICE OF SUBMISSION<br><br>OF DOCUMENTS |

　　　Plaintiff submits the following documents in compliance with the court's order filed
_____:

　　　\_\_\_\_　　　completed summons form

　　　\_\_\_\_　　　completed USM-285 forms

　　　\_\_\_\_　　　copies of the _____
　　　　　　　　　　　　Amended Complaint

DATED:


　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Plaintiff

3